**COHEN & GRIGSBY**

**Lucy E. Hill**
Shareholder

lucy.hill@dentons.com
D 412-297-4719

Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
United States

dentons.com

August 3, 2021

***Via ECF***

The Honorable Judge Jesse M. Furman
Southern District of New York
40 Foley Square
New York, NY  10007

> Re:    <u>**Williams v. Plant Growers Workshop, Inc., Case No. 1:21-cv-01586**</u>

Dear Judge Furman:

We represent defendant Plant Growers Workshop, Inc. ("Defendant") in the above-referenced matter.  Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from August 3, 2021 to September 17, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Sincerely,

DENTONS COHEN & GRIGSBY P.C.

*/s/ Lucy E. Hill*

By:  Lucy E. Hill

LEH/
Copy to:  All counsel of record (via ECF)

*The only forthcoming deadline in this case is for the parties to submit their joint letter, the contents of which are described at ECF No. 6.  The deadline for the parties to do so is hereby extended until September 17, 2021.  Additional extensions are unlikely to be granted on the basis of settlement negotiations alone.  The Clerk of Court is directed to terminate ECF No. 19.  SO ORDERED.*

*August 4, 2021*

Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► Larraín Rencoret ► For more information on the firms that have  come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.